

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00577-CR

Joshua Robert **JAMES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CR-007283
Honorable Joel Perez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Velia J. Meza, Justice

Delivered and Filed: December 3, 2025

DISMISSED FOR WANT OF JURISDICTION

On September 12, 2025, appellant, Joshua Robert James, filed a pro se notice of appeal. The notice of appeal states that he was sentenced on September 29, 2025. As such, there was no final appealable order or judgment at the time James filed his notice of appeal. *See* TEX. CODE CRIM. PRO. art. 44.02. Moreover, the clerk's record, which was finalized on October 8, 2025, does not contain a final appealable order or judgment. *Id.*

On October 8, 2025, we ordered James to show cause in writing why this appeal should not be dismissed for want of jurisdiction. James has not filed a response.

Accordingly, since the clerk's record does not contain an appealable judgment or order, and James did not file any response to show how this court has jurisdiction in this appeal, we dismiss this appeal for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH